IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 7:25-cv-00211-NSR

NY BLACK AND GOLD CORPORATION,

    Plaintiff,

v.

IDAS BEAUTY SUPPLY LLC,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2026

**MEMO ENDORSED**

### MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff NY Black and Gold Corporation ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby moves for entry of a Default Final Judgment against defendant Idas Beauty Supply LLC ("Defendant"), and states as follows:

### PROCEDURAL SUPPORT FOR DEFAULT FINAL JUDGMENT

1.    On January 9, 2025, Plaintiff filed its Complaint in this action. See D.E. 1.

2.    On January 22, 2025, Defendant was served with a copy of the Summons and Complaint in this action and its answer to the Complaint was due on February 12, 2025. See D.E. 8.

3.    On April 8, 2025 (following expiration of Defendant's response deadline), Plaintiff filed its Request for Clerk's Certificate of Entry of Default. See D.E. 11.

4.    On April 9, 2025, the Clerk entered a Clerk's Default [D.E. 13] against Defendant.

**Plaintiff's motion for default judgment is DENIED, without prejudice. Plaintiff is directed to comply with the Court's Individual Practices, Schedule A, and ECF Rules 16.1 and 16.3, which govern the procedure for a proposed Order to Show Cause without emergency relief. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.**

**Dated: April 17, 2026**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge